| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:05-CR-79 |
| | § | |
| DOUGLAS RAY STEPHENS | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(I) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted his findings of fact and recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment with a new term of supervision for the revocation.

The defendant waived his right to be present and allocute at sentencing, and the parties have not objected to Judge Giblin's report. The Court ORDERS that the Findings of Fact and Recommendation on Plea of True (#37) are ADOPTED. The Court finds that defendant, Douglas Ray Stephens, violated conditions of his supervised release. The Court REVOKES his term of supervision. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of eight (8) months imprisonment for the revocation, with an additional six (6) month term of supervision to follow. The conditions of supervision will be set forth in a separate revocation judgment.

SIGNED at Beaumont, Texas, this 22nd day of November, 2010.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE